IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFFERY L. SMITH                                                                                          PLAINTIFF

v.                                          Case No. 4:23-cv-4074

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                            DEFENDANT

## **ORDER**

Before the Court is Defendant's Partial Motion to Dismiss. ECF No. 7. Defendant seeks dismissal of Plaintiff's claim of bad faith. Defendant filed the instant motion on August 16, 2023. Plaintiff filed an Amended Complaint on November 2, 2023. ECF No. 18. Defendant filed an Answer to the Amended Complaint on November 6, 2023. ECF No. 19.

In light of the amended pleadings filed in this matter, the Court finds that Defendant's Partial Motion to Dismiss (ECF No. 7) should be and hereby is **DENIED** as **MOOT**.

**IT IS SO ORDERED**, this 27th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge